UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DORSEY,<br><br>   Plaintiff,<br><br>   v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>   Defendants. | 1:24-cv-00383-SKO (PC)<br><br>**ORDER DENYING SECOND APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>(Doc. 5) |

Plaintiff Thomas Dorsey is a state prisoner proceeding pro se and *in forma pauperis* in a civil rights action pursuant to 42 U.S.C. section § 1983.

On April 15, 2024, Plaintiff filed a second Application to Proceed In Forma Pauperis ("IFP"). (Doc. 5.) The second application is unnecessary because Plaintiff's original application to proceed IFP was granted on April 4, 2024. (*See* Doc. 4.)

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's second application to proceed IFP (Doc. 5) is **DENIED** as moot.

IT IS SO ORDERED.

Dated:   **April 16, 2024**          /s/ *Sheila K. Oberto*
                             UNITED STATES MAGISTRATE JUDGE

1