1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS DORSEY,                          1:24-cv-00383-SKO (PC)

12              Plaintiff,

13        v.                                 **ORDER REGARDING PLAINTIFF'S FILING OF SEPTEMBER 3, 2024**

14   DONNY YOUNGBLOOD, et al.,
                                             (Doc. 9)
15              Defendants.

16

17        Plaintiff Thomas Dorsey is a county jail inmate proceeding pro se and *in forma pauperis*

18   in a civil rights action pursuant to 42 U.S.C. section § 1983.

19        **I.       INTRODUCTION**

20        Plaintiff filed his complaint on April 2, 2024. (Doc. 1.) The Court granted Plaintiff's

21   application to proceed *in forma pauperis* (IFP) on April 4, 2024. (Doc. 4.)

22        On September 3, 2024, Plaintiff filed a document titled "Motion to Show Good Cause for

23   an Inquiry of Status of Complaint." (Doc. 9.)

24        **II.      DISCUSSION**

25        Plaintiff states he "submits this 'motion' with attached Declaration, inquiring of the status

26   to the above case number …." (Doc. 9 at 1.) In his declaration, Plaintiff states that the problem

27   with inmates' mail going missing or lost is "ongoing which includes 'legal mail.'" (*Id*. at 3.)

28   Plaintiff states he is "left in the dark" concerning his expectation of mail that "could be, or

1

probably has been lost." (*Id*.) He asks the Court for a status of this case given the "issue regarding [the] facility's mail problem." (*Id*.)

Plaintiff is advised that the Court has not issued any orders in this action since April 16, 2024. (*See* Doc. 7 [denying second IFP application as moot].), Plaintiff is also advised that prisoner civil rights complaints must be screened pursuant to 28 U.S.C. § 1915A(a). The Court has not yet screened Plaintiff's complaint. This Court is one of the busiest district courts in the nation and all judges in this district carry heavy caseloads. Additionally, hundreds of prisoner civil rights cases are filed in this district every year. Delays are inevitable and Plaintiff's complaint will be screened in due course.

### III.    CONCLUSION

The Court understands Plaintiff's concern about missing or lost mail at the facility where he is incarcerated. However, the Court has not issued any recent orders, and despite Plaintiff's concern, there is no indication Plaintiff has failed to receive any order previously issued by the Court. Finally, regarding the status of this action, Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **September 4, 2024**                    */s/ Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

2